284 U.S. 596
 52 S.Ct. 205
 76 L.Ed. 513
 BORUM et al.
v.
UNITED STATES.
 No. 550.
 Decided Jan. 25, 1932.
 
 Mr. James A. O'Shea, of Washington, D. C. (Messrs. John H. Burnett, Alfred Goldstine, and Bertrand Emerson, all of Washington, D. C., of counsel), for Borum and others.
 The Attorney General, Messrs. Thomas D. Thacher, Sol. Gen., and Erwin N. Griswold, both of Washington, D. C. (Messrs. Leo A. Rover, U. S. Atty., and William H. Collins, Asst. U. S. Atty., both of Washington, D. C., of counsel), for the United States.
 PER CURIAM.
 
 
 1
 Question answered 'Yes.' Dunn v. United States (No. 393) 284 U. S. 390, 52 S. Ct. 189, 76 L. Ed. 356, October term, 1931, decided January 11, 1932. Mandate to issue forthwith.